IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS,<br><br>             Plaintiff,<br><br>v.<br><br>ALAN FURMAN & CO., INC.,<br><br>             Defendant. | Case No.: 2:21-CV-01178<br><br>STIPULATION OF DISMISSAL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michelle Tenzer-Fuchs, by counsel, stipulates that the above-styled action shall be dismissed <u>with prejudice</u> pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

**SHALOM LAW, PLLC**

By: */s/Jonathan Shalom*
Jonathan Shalom, Esq.
105-13 Metropolitan Avenue
Forest Hills, New York 11375
Tel: (718) 971-9474
Email: Jonathan@ShalomLawNY.com

**ATTORNEYS FOR PLAINTIFF**